UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,                )      Case No. 1:10-CV-1214 (GLS/RFT)
                                 )
    v.                            )
                                 )
STATE OF NEW YORK and THE NEW    )
YORK STATE BOARD OF ELECTIONS,   )
                                 )
        Defendants.               )
                                 )
_____)

**SUPPLEMENTAL REMEDIAL ORDER**

**WHEREAS** the January 27, 2012 Order of this court granted a Permanent Injunction to the United States upon its application to bring the State of New York into compliance with the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) of 1986, 42 U.S.C. §§1973ff to 1973ff-7, as amended by the Military and Overseas Voter Empowerment (MOVE) Act, Pub. L. No. 111-84, subtitle H, §§ 575-589, 123 Stat. 2190, 2318-235 (2009). The January 27, 2012 Order set the 2012 federal non-presidential primary date as June 26, 2012 and provided that in subsequent even-numbered years, New York's non-presidential federal primary date shall

be the fourth Tuesday of June, unless and until New York enacts legislation resetting the non-presidential federal primary for a date that complies fully with all UOCAVA requirements, and is approved by the court (Decretal Paragraphs "1" and "2");

**WHEREAS** by Order dated February 9, 2012, this court adopted a political calendar for the implementation of the 2012 federal non-presidential primary and general election, and such calendar was specific to 2012. (ECF Document No. 64, pp. 2-3, 5-6);

**WHEREAS** by Order dated December 12, 2013, this court adopted a political calendar for the implementation of the 2014 federal non-presidential primary and general election, and such calendar was specific to 2014. (ECF Document No. 85, pp 2-6);

**WHEREAS** as of this date the State of New York has not amended the New York State Election Law to change the date of the federal primary with respect to this court's Order of January 27, 2012 and until such action has occurred this application is necessary;

**WHEREAS** the instant application requests that the court supersede various sections of the Election Law as necessary to effectuate the January 27, 2012 Order of this court;

**WHEREAS** the parties to this action consent to the issuance of this Supplemental Remedial Order;

**WHEREAS** it is the judgment of this court that the enumerated sections of New York State law must be superseded to provide for a MOVE Act compliant election in New York for the year 2016, now therefore, it is hereby,

**ORDERED** that the following sections of New York State law be and hereby are superseded for the 2016 election of federal offices in New York:

## Schedule of State Law Provisions Superseded for Compliance with MOVE Act

| Section of Election Law | Subject | Description of Change |
|---|---|---|
| § 1-106 | Timeliness of filings related to federal offices | For the 2016 Federal Primary and General Elections, that all certificates and petitions of designation or nomination, certificates of acceptance or declination of such designations and nominations, certificates of authorization for such designations, certificates of disqualification, certificates of substitution for such designations or nominations and objections and specifications of objections to such certificates and petitions required to be filed with the state board of elections or a board of elections outside of the city of New York shall be deemed timely filed and accepted for filing if sent by mail or overnight delivery service (as defined in CPLR §2103(b)(6) in an envelope postmarked or showing receipt by the overnight delivery service prior to midnight of the last day of filing, and received no later than one business day after the last day to file such certificates, petitions, objections or specifications. |
| § 4-110 | Date of certification of Primary Election ballot by New York State Board of Elections for candidates for federal office | from thirty-six to fifty-four days pre-Primary [May 5, 2016] |

| Section of Election Law | Subject | Description of Change |
|---|---|---|
| § 4-114 | Date of certification of ballot by county boards of elections for candidates for federal office | from thirty-five to fifty-three days pre-Primary or pre General Election [May 6, 2016] |
| § 4-112 [1] | Date of certification of General Election ballot by New York State Board of Elections for candidates for federal office | from thirty-six to fifty-four days pre-General Election [September 15, 2016] |
| § 6-158 [1] | Filing of designating petitions for Federal Primary | from the time period "between the tenth Monday to the ninth Thursday" to the time period "between the twelfth Monday to the eleventh Thursday" preceding the Federal Primary [April 11, 2016 - April 14, 2016] |
| § 6-158 [4] | Filing of opportunity to ballot petitions for Federal Primary | from the eighth Thursday to the tenth Thursday preceding Federal Primary [April 21, 2016] |
| § 6-158 [4] | Filing of opportunity to ballot petitions upon declination for Federal Primary | from the seventh to the ninth Thursday preceding Federal Primary [April 28, 2016] |
| § 6-158 [6] | Last day to file certificate of nomination to fill vacancy in federal office pursuant to § 6-116 | from seven to twenty-one days after Federal Primary [July 19, 2016] |
| § 6-158 [9] | Filing dates for independent nominations for federal offices | from the time period "twelve weeks preceding through eleven weeks preceding" to the time period "fifteen weeks preceding through fourteen weeks preceding" the Federal Primary [July 26, 2016 – August 2, 2016] |
| § 6-158 [11] | Last day to accept or decline independent nomination for federal office | from three days after the eleventh Tuesday to three days after the fourteenth Tuesday preceding the General Election, and from three days after the Primary to three days after the fourteenth Tuesday preceding the General Election [August 5, 2016] |

| Section of Election Law | Subject | Description of Change |
|---|---|---|
| § 6-158 [12] | Last day to fill vacancy after declination of a federal independent nomination | from the eleventh to the fourteenth Tuesday preceding the General Election [August 8, 2016] |
| § 10-108 [1] and § 11-204 [4] | Deadline to transmit Military and Special Federal absentee ballots for Federal Primary or General Election to voters with valid applications on file | from thirty-two days to forty-five days before Federal Primary or General Election for federal offices. [May 14, 2016 for Federal Primary] [September 24, 2016 for General Election] |

**ORDERED** that nothing herein shall prohibit the State of New York from making statutory changes in its federal office election process to put New York in compliance with the MOVE Act, and that such changes, if made, may be implemented in 2016 upon the determination of this court that such changes render the 2016 election for federal offices MOVE Act compliant.

Date: October 29, 2015
Albany, New York

GARY L. SHARPE
United States District Court Judge

The following is a DRAFT Political Calendar for 2016 which includes the Congressional Primary (June 28th), the State & Local Primary (September 13th) and the General Election (November 8th). Portions of this Calendar are SUBJECT TO APPROVAL of the United States District Court for the Northern District of New York, and the Calendar is posted here for informational purposes only pending submission to the Court. Note also, portions of the Calendar could change as a result of future legislative enactment or court orders.

Summary of Changes:

The Federal MOVE Act requires military and special federal ballots to be sent out 45 days prior to an election for federal office. Here's a summary of the key calendar changes that ensure compliance.

Designating Petitions for Federal Office/Federal Primary Election:

- First date to circulate designating petitions for federal office is March 8, 2016.
- Dates to file designating petitions are April 11, 2016 to April 14, 2016.
    - Nominating petitions by independent bodies for federal office as those petition dates **are** altered by this plan.
        - First date to circulate independent nominating petitions for federal office is June 21, 2016.
        - Dates to file independent nominating petitions for federal office are July 26, 2016 to August 2, 2016.
    - Nominating petitions by independent bodies for state/local office are NOT altered by this plan.

Opportunity to Ballot Petitions for Federal Office/Federal Primary Election:
- First date to circulate OTB petitions for federal office is changed to March 29, 2016.
- Last date to file OTB petitions is changed to April 21, 2016.

To provide for the reduction in time to process designations and allow an administrative process for objections, and judicial review, NYS Election Law Section 1-106 should be superseded to require as part of this plan the following:

> For the 2016 Federal Primary and General Elections, that all certificates and petitions of designation or nomination, certificates of acceptance or declination of such designations and nominations, certificates of authorization for such designations, certificates of disqualification, certificates of substitution for such designations or nominations and objections and specifications of objections to such certificates and petitions required to be filed with the state board of elections or a board of elections outside of the city of New York shall be deemed timely filed and accepted for filing if sent by mail or overnight delivery service (as defined in CPLR §2103(b)(6)) in an envelope postmarked or showing receipt by the overnight delivery service prior to midnight of the last day of filing, and received no later than one business day after the last day to file such certificates, petitions, objections or specifications.

# 2016 POLITICAL CALENDAR
## 10/1/2015
**DRAFT**DRAFT**DRAFT**

NEW YORK STATE Board of Elections

**Federal Primary Election**
June 28

**State/Local Primary Election**
September 13

**General Election**
November 8

This political calendar is a ready reference to the significant dates pertaining to elections to be held in this state. For complete information be sure to consult the State's Election Law and Regulations and any relevant court orders.

All dates are based on court-ordered and statutory provisions in effect on the date of publication and may be subject to change. Final confirmation should be obtained from your county board of elections or the State Board.

NEW YORK STATE
BOARD OF ELECTIONS
40 NORTH PEARL STREET – SUITE 5
ALBANY, NEW YORK 12207
(518) 474-6220

For TDD/TTY, call the NY State Relay 711

www.elections.ny.gov

**PRIMARY ELECTION HOURS:**
In New York City and the counties of Nassau, Suffolk, Westchester, Rockland, Orange, Putnam and Erie, POLLS OPEN at 6 AM and CLOSE at 9 PM. In all other counties POLLS OPEN at 12 NOON and CLOSE at 9 PM.

**GENERAL ELECTION HOURS:**
All Polls OPEN at 6 AM and CLOSE at 9 PM

## FILING REQUIREMENTS – FEDERAL COURT ORDER

For the 2014 Federal Primary Election and General Elections, all certificates and petitions of designation or nomination, certificates of acceptance or declination of such designations or nominations, certificates of disqualification, certificates of substitution for such designations, nominations or nominations and petitions required to be filed with the State Board of Elections or a board of elections outside of the city of New York shall be deemed timely filed and accepted for filing if sent by mail or overnight delivery service (as defined in CPR §2103(b)(6)) in an envelope postmarked or showing receipt by the overnight delivery service prior to midnight of the last day of filing, and received no later than one business day after the last day to file such certificates, petitions, objections or specifications.

### SIGNATURE REQUIREMENT FOR FEDERAL DESIGNATING AND OPPORTUNITY TO BALLOT PETITIONS

5% of the enrolled voters of the political party in the political unit (excluding voters in inactive status) or the following, whichever is less: For any office to be filled by all the voters of:
- the entire state ............ 15,000
 (with at least 100 or 5% of enrolled voters from each of one-half of the congressional districts)
- any congressional district ............ 1,250

### SIGNATURE REQUIREMENTS FOR FEDERAL INDEPENDENT NOMINATING PETITIONS

5% of the total number of voters, excluding blank and void, cast for the office of governor at the last Gubernatorial election in the political unit, except that not more than 3,500 signatures shall be required on a petition for any office in any political subdivision outside the City of New York, and not more than the following for any office to be voted for by all the voters of:
- the entire state ............ 15,000
 (with at least 100 from each of one-half of the congressional districts)
- any congressional district ............ 3,500

## FEDERAL ELECTION - ELECTION DATES

| Date | Event |
|---|---|
| February 23 | PARTY CALLS: Last day for state & County party chairs to file a statement of party positions to be filled at the Federal Primary Election. §2-120(1) |
| March 8 | Certification of offices to be filled at General Election. §4-106(1)(2) |
| June 28th | Federal Primary Election. Per Court Order |
| May 5 | CERTIFICATION OF FEDERAL PRIMARY Certification of Federal primary ballot by State Board of Elections of designations filed in its office. §4-110 |
| May 6 | Determination of candidates for Federal office by county boards. §4-114 |
| | CANVASS OF FEDERAL PRIMARY ELECTION RESULTS |
| July 7 | Canvass of Federal Primary returns by counties. §9-200(1) |
| July 13 | Recanvass of Federal Primary returns. §9-208(1) |
| July 5 | Verifiable Audit of Voting Systems §9-211(1) |
| Sept. 19 | Deadline for vacancies to be filled at General Election. §6-158(4) |
| November 8th | General Election. §8-100(1)(c) |
| | CERTIFICATION OF FEDERAL GENERAL BALLOT |
| Sept. 15 | Certification of general election ballot by State Board of Federal designations filed in its office. §4-112(1) |
| Sept. 16 | Determination of federal candidates and questions by county boards. §4-114 |
| Oct. 18 | Last day to file Write-ins for President. §6-153 |

### ***BECOMING A CANDIDATE***

#### DESIGNATING PETITIONS FOR FEDERAL PRIMARY

| Date | Event |
|---|---|
| March 8 | First day for signing Federal designating petitions. §6-134(4) |
| April 11 - April 14 | Dates for filing Federal designating petitions. §6-158(1) |
| April 18 | Last day to authorize Federal designations. §6-120(3) & §6-158(6) |
| April 18 | Last day to accept or decline Federal designations. §6-158(2) |
| April 22 | Last day to fill a vacancy after a Federal declination. §6-158(3) |
| April 26 | Last day to file authorization of substitution after declination of a Federal designation. §6-158(6) |

#### OPPORTUNITY TO BALLOT PETITIONS FOR FEDERAL PRIMARY

| Date | Event |
|---|---|
| March 29 - April 4 | First day for signing Federal OTB petitions. §6-164 |
| April 21 | Last day to file Federal OTB petitions. §6-158(1) |
| April 28 | Last day to file the OTB petition if there has been a declination by a designated candidate. §6-158(4) |

#### PARTY NOMINATION OTHER THAN PRIMARY

| Date | Event |
|---|---|
| Feb. 16 - March 8 | Dates for holding state committee meeting to nominate candidates for Federal statewide office. §6-104(6) |
| July 19 | Last day to file certificates of nomination to fill vacancies in Federal office created pursuant to §§ 6-116 & 6-158(6) |
| July 22 | Last day to accept or decline a nomination for Federal office made based on § 6-116 |
| July 25 | Last day to file the authorization of nomination for Federal office made based on § 6-116 |
| July 26 | Last day to fill a vacancy after a declination for Federal office made based on § 6-116 |
| July 27 | Last day to fill a vacancy after a declination for a party committee. Per Chapter 100 of the Laws of 2015 §6-158(8) |
| Sept. 9 | Last day for filing nominations of electors for president by a party committee. §6-158(8) |

#### INDEPENDENT PETITIONS FOR FEDERAL OFFICE

| Date | Event |
|---|---|
| June 21 | First day for signing Federal independent nominating petitions. §6-138(4) |
| July 26 - August 2 | Dates for filing Federal independent nominating petitions. §6-138(1) |
| August 5 | Last day to accept or decline Federal independent nomination. §6-158(11) |
| August 8 | Last day to fill a vacancy after a declination to any independent petition for Federal office. §6-158(12) |
| July 1 | Last day to decline after acceptance if nominee loses party primary. §6-158(11) |

## FEDERAL ELECTION - VOTER REGISTRATION

### VOTER REGISTRATION FOR FEDERAL PRIMARY

| Date | Event |
|---|---|
| June 3 | Mail Registration for Federal Primary: Last day to postmark application and last day it must be received by board of elections is June 8. §§5-210(3) |
| June 3 | In person registration for Federal Primary. §§5-210(3) |
| June 8 | Changes of address for Federal Primary received by this date must be processed. §§5-208(3) |

### VOTER REGISTRATION FOR GENERAL

| Date | Event |
|---|---|
| Oct. 14 | Mail Registration: Last day to postmark application for general election and last day it must be received by board of elections is Oct 19. §§5-210(3) |
| Oct. 14 | In person registration: Last day application must be received by board of election to be eligible to vote in general election. If you have been honorably discharged from the military or have become a naturalized citizen since October 14th, you may register in person at the board of elections up until October 29th. §§5-210, 5-211, 5-212 |
| Oct. 19 | Changes of address received by this date must be processed. §§5-208(3) |
| Oct. 14 | Change of party enrollment. Last day to accept a change of enrollment. §§5-208(3) |

## ***VOTING BY ABSENTEE***

### ABSENTEE VOTING FOR FEDERAL PRIMARY

| Date | Event |
|---|---|
| June 21 | Last day to postmark application for Federal primary ballot. §8-400(2)(c) |
| June 27 | Last day to apply in person for Federal primary ballot. §8-400(2)(c) |
| June 27 | Last day to postmark Federal primary ballot, Must be received by the county board no later than July 5th. §8-412(1) |
| June 28 | Last day to deliver Federal primary ballot in person to county board, by close of polls on election day. §8-412(1) |

### ABSENTEE VOTING FOR FEDERAL GENERAL

| Date | Event |
|---|---|
| Nov. 1 | Last day to postmark application or letter of application for general election ballot. §8-400(2)(c) |
| Nov. 7 | Last day to apply in person for general election ballot. §8-400(2)(c) |
| Nov. 7 | Last day to postmark ballot. Must be received by the county board no later than Nov. 15th. §8-412(1) |
| Nov. 8 | Last day to deliver ballot in person to county board, by close of polls on election day. §8-412(1) |

### MILITARY/SPECIAL FEDERAL VOTERS FOR FEDERAL PRIMARY

| Date | Event |
|---|---|
| May 14 | Date to transmit Military/Special Federal ballots for Federal primary. §10-108(1) & §11-204(4) |
| June 3 | Last day for a board of elections to receive application for Military/Special Federal ballot if not previously registered. §10-106(5) & §11-202 |
| June 21 | Last day to apply Federal personally for Military previously registered. §10-106(5) & §11-204(4) |
| June 27 | Last day to postmark Military/Special Federal ballot if previously registered. §10-106(5) |
| June 27 | Last day for a board of elections to receive Military/Special Federal ballot and date it must be received by the board of elections is July 5. §10-114(1) & §11-212 |

### MILITARY/SPECIAL FEDERAL VOTERS FOR FEDERAL GENERAL

| Date | Event |
|---|---|
| Sept. 24 | Date to transmit Military/Special Federal general election ballots. §10-108(1) & §11-204(4) |
| Oct. 14 | Last day for a board of elections to receive application for Special Federal absentee ballot if not previously registered. §11-202(1) |
| Oct. 28 | Last day for a board of elections to receive Military absentee ballot, if not previously registered. §10-106(5) |
| Nov. 1 | Last day for a board of elections to receive Military absentee application, if by mail and previously registered. §10-106(5) |
| Nov. 1 | Last day for a board of elections to receive Special Federal absentee ballot, if previously registered. §10-106(5) |
| Nov. 7 | Last day to apply personally for Military ballot, if previously registered. §11-204(4) |
| Nov. 7 | Last day to postmark Military/Special Federal ballot and date it must be received by the board of elections is Nov. 21st. §10-114(1) & 11-212 |

## STATE/LOCAL ELECTION
### ELECTION DATES

| Date | Event |
|---|---|
| Sept. 13 | State/Local Primary Election §8-100(1)(a) |
| May 24 | PARTY CALLS: Last day for State & County party chairs to file a statement of party positions to be filled at the State Primary Election. §2-120(1) |

### CERTIFICATION OF STATE/LOCAL PRIMARY

| Date | Event |
|---|---|
| Aug. 8 | Certification of September state/local primary ballot by SBOE of designations filed in its office. §4-110 |
| Aug. 9 | Determination of candidates and questions; County Boards. §4-114 |

### CANVASS OF STATE/LOCAL PRIMARY RESULTS

| Date | Event |
|---|---|
| Sept. 22 | Canvass of State/local Primary Returns by County Board of Elections §9-200(1) |
| Sept. 28 | Recanvass of State/local Primary returns. §9-208(1) |
| Sept. 20 | Verifiable Audit of Voting Systems. §9-211(1) |
| Nov. 8 | General Election §8-100(1)(c) |

### CERTIFICATION OF STATE/LOCAL GENERAL ELECTION BALLOT

| Date | Event |
|---|---|
| Oct. 3 | Certification of general election ballot by SBOE of nominations filed in its office. §4-112(1) |
| Oct. 4 | Determination of state/local candidates and questions by county boards. §4-114 |

### CANVASS OF STATE/LOCAL GENERAL ELECTION RESULTS

| Date | Event |
|---|---|
| Dec. 2 | Canvass of General Election results by County Board of Elections §9-214(1) |
| Nov. 23 | Recanvass of General results. §9-208(1) |
| Nov. 23 | Verifiable Audit of Voting Systems. §9-211(1) |
| Dec. 12 | State Board of Canvassers meet to certify General Election |

### **BECOMING A CANDIDATE***
#### DESIGNATING PETITIONS FOR STATE/LOCAL PRIMARY

| Date | Event |
|---|---|
| June 7 | First day for signing designating petitions for state/local offices. §6-134(4) |
| July 11-July 14 | Dates for filing designating petitions for state/local offices. §6-158(1) |
| July 18 | Last day to authorize designations for state/local offices. §6-120(3) |
| July 18 | Last day to accept or decline designations for state/local offices. §6-158(2) |
| July 22 | Last day to fill a vacancy after a declination for state/local office. §6-158(3) |
| July 26 | Last day to file authorization of substitution after declination of a state/local designation. §6-120(3) |

### OPPORTUNITY TO BALLOT PETITIONS FOR STATE/LOCAL PRIMARY

| Date | Event |
|---|---|
| June 28 | First day for signing OTB petitions for state/local offices. §6-164 |
| July 21 | Last day to file OTB petitions for state/local offices §6-158(4) |
| July 28 | Last day to file OTB petition if there has been a declination by a designated candidate for state/local offices. §6-158(4) |

### PARTY NOMINATION OTHER THAN PRIMARY

| Date | Event |
|---|---|
| June 7 | First day to hold a town caucus. §6-108 |
| Sept. 20 | Last day for filing nominations made at a town or village caucus or by a party committee. §6-158(6) |
| Sept. 20 | Last day to file certificates of nomination to fill vacancies created pursuant to §§ 6-116 & 6158(6) |
| Sept. 23 | Last day to accept or decline a nomination For State/local office made based on §6-116 |
| Sept. 26 | Last day to file authorization of nomination made based on §6-116 |
| Sept. 27 | Last day to fill a vacancy after a declination made based on §6-116 |

### INDEPENDENT PETITIONS FOR STATE/LOCAL OFFICES

| Date | Event |
|---|---|
| July 12 | First day for signing nominating petitions for state/local offices. §6-138(4) |
| Aug 16 - Aug. 23 | Dates for filing independent nominating petitions for state/local office. §6-158(9) |
| Aug. 26 | Last day to accept or decline nomination for state/local office. §6-158(11) |
| Aug. 29 | Last day to fill a vacancy after a declination in state/local office. §6-158(12) |
| Sept. 16 | Last day to decline after acceptance if nominee loses party primary. §6-158(11) |

## STATE/LOCAL ELECTION
### JUDICIAL DISTRICT CONVENTIONS

| Date | Event |
|---|---|
| Sept. 20 thru 26 | Dates for holding Judicial conventions. §6-158(5) |
| Sept. 27 | Last day to file certificates of nominations. §6-158(6) |
| Sept. 30 | Last day to decline. §6-158(7) |
| Oct. 4 | Last day to fill vacancy after a declination. §6-158(8) |

Minutes of a convention must be filed within 72 hours of adjournment. §6-158(6)

### SIGNATURE REQUIREMENTS FOR DESIGNATING AND OPPORTUNITY TO BALLOT PETITIONS FOR STATE/LOCAL OFFICES

5% of the enrolled voters of the political party in the political unit (excluding voters in inactive status) or the following, whichever is less:

For any office to be filled by all the voters of:
- the entire state ... 15,000 (with at least 100 or 5% of enrolled voters from each of one-half of the congressional districts)
- New York City ... 7,500
- any county or borough of New York City ... 4,000
- a municipal court district within NY City ... 1,500
- any city council district within New York City ... 900
- cities or counties having more than 250,000 inhabitants ... 2,000
- cities or counties having more than 25,000 but not more than 250,000 ... 1,000
- any city, county, councilmanic or county legislative districts in any city other than NY City ... 500
- any congressional district ... 1,250
- any state senatorial district ... 1,000
- any assembly district ... 500

any political subdivision contained within another political subdivision, except as herein provided, requirement is not to exceed the number required for the larger subdivision; a political subdivision containing more than one assembly district, county or other political subdivision, requirement is not to exceed the aggregate of the signatures required for the subdivision or parts of subdivision so contained.

*NOTE: Section 1057-b of the New York City Charter Supersedes New York Election Law signature requirements for Designating and OTB petitions and Independent nominating petitions with respect to certain NY City offices.*

### SIGNATURE REQUIREMENTS FOR INDEPENDENT NOMINATING PETITIONS FOR STATE/LOCAL OFFICES

5% of the total number of votes, excluding blank and void, cast for the office of governor at the last gubernatorial election in the political unit, except that not more than 3,500 signatures shall be required on a petition for any office to be filled in any political subdivision outside the City of New York, and not more than the following for any office to be voted for by all the voters of:
- the entire state ... 15,000 (with at least 100 or 5% of enrolled voters from each of one-half of the congressional districts)
- any county or portion thereof outside the city of NY ... 1,500
- the City of New York ... 7,500
- any county or borough or any two counties or boroughs within the city of NY City ... 4,000
- a municipal court district ... 3,000
- any city council district within NY City ... 2,700
- any congressional district ... 3,500
- any state senatorial district ... 3,000
- any assembly district ... 1,500

any political subdivision contained within another political subdivision, except as herein provided, requirement is not to exceed the number required for the larger subdivision.

### ***VOTER REGISTRATION***
#### VOTER REGISTRATION FOR STATE/LOCAL PRIMARY

| Date | Event |
|---|---|
| Aug. 19 | Mail Registration for state/local Primary: Last day to postmark application and last day it must be received by board of elections is Aug. 24. §5-210(3) |
| Aug. 19 | In person registration for state/local Primary: Last day application must be received by board of election to be eligible to vote in primary election.§§5-210, 5-211, 5-212 |
| Aug. 24 | Changes of address for state/local Primary received by this date must be processed. §5-208(3) |

## STATE/LOCAL ELECTION
### VOTER REGISTRATION FOR GENERAL

| Date | Event |
|---|---|
| Oct. 14 | Mail Registration: Last day to postmark application for general election and last day it must be received by board of elections by Oct. 19. §5-210(3) |
| Oct. 14 | In person registration: Last day application must be received by board of election to be eligible to vote in general election. If honorably discharged from the military or have become a naturalized citizen since October 14th, you may register in person at the board of elections up until October 29th §§5-210, 5-211, 5-212 |
| Oct. 19 | Changes of address received by this date must be processed. §5-208(3) |
| Oct. 14 | Change of Party Enrollment: Last day to receive. §5-304(3) |
| Oct. 1 | First day for local registration. §5-202(1) |
| Oct. 8 | Uniform day for local registration throughout the state. §5-202(3) |

### ***VOTING BY ABSENTEE***
#### ABSENTEE VOTING FOR STATE/LOCAL PRIMARY

| Date | Event |
|---|---|
| Sept. 6 | Last day to postmark application for state/local primary ballot. §8-400(2)(c) |
| Sept. 12 | Last day to apply in person for state/local primary ballot. §8-400(2)(c) |
| Sept. 12 | Last day to postmark state/local ballot. Must be received by the county board no later than Sept. 20th. §8-412(1) |
| Sept. 13 | Last day to deliver state/local primary ballot in person to county board, by close of polls. §8-412(1) |

#### MILITARY/SPECIAL FEDERAL VOTER FOR STATE/LOCAL PRIMARY

| Date | Event |
|---|---|
| Aug. 12 | First day to mail ballot to Military/Special Federal Voter. §10-108(1) |
| Aug. 19 | Last day for a board of elections to receive application for Military ballot for state/local primary if not previously registered. §10-106(5) |
| Sept. 6 | Last day for a board of elections to receive Military application for state/local primary if previously registered. §10-106(5) |
| Sept. 12 | Last day to apply personally for Military ballot for state/local primary if previously registered. §10-106(5) |
| Sept. 12 | Last day to postmark Military ballot for state/local primary and date it must be received by the board of elections is September 20th. §10-114(1) |

#### ABSENTEE VOTING FOR GENERAL ELECTION

| Date | Event |
|---|---|
| Nov. 1 | Last day to postmark application or letter of application for general election ballot. §8-400(2)(c) |
| Nov. 7 | Last day to apply in person for ballot for general election ballot. §8-400(2)(c) |
| Nov. 7 | Last day to postmark general election ballot. Must be received by the county board no later than Nov. 15th. §8-412(1) |
| Nov. 8 | Last day to deliver general election ballot in person to county board, by close of polls on election day. §8-412(1) |

#### MILITARY/SPECIAL FEDERAL VOTERS FOR GENERAL

| Date | Event |
|---|---|
| Oct. 7 | Date to transmit Military/Special Federal ballots, per federal court order. |
| Oct. 29 | Last day for a board of elections to receive application for a Military absentee ballot if not previously registered. §10-106(5) |
| Nov. 1 | Last day for a board of elections to receive Military/Special Federal absentee application, if by mail and previously registered. §10-106(5) |
| Nov. 7 | Last day to apply personally for a Military General Election ballot if previously registered. §10-106(5) |
| Nov. 7 | Last day to postmark Military/Special Federal ballot and it must be received by the board of elections is Nov. 21st. §10-114(1) §11-212 |

### FINANCIAL DISCLOSURE
#### DATES FOR FILING:

**PRIMARY ELECTION**

| | |
|---|---|
| 32 Day Pre-Primary | August 12 |
| 11 Day Pre-Primary | September 2 |
| 10 Day Post Primary | September 23 |
| August 26th thru Sept. 8th ★ | |

**GENERAL ELECTION**

| | |
|---|---|
| 32 Day Pre-General | October 7 |
| 11 Day Pre-General | October 28 |
| 27 Day Post-General | December 5 |
| Oct. 21st thru Nov. 3rd ★ | |

★ During this time period any contribution or loan which exceeds $1,000 must be reported within 24 hours of receipt. This same contribution or loan must also be reported in the Post-Election report.

**Periodic Reports**

| |
|---|
| January 15th |
| July 15th |