# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DANIEL J. KORNSTEIN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

NAIRUBY L. BECKLES
MARISSA BENAVIDES
DAVID BERMAN
NICK BOURLAND
ANANDA BURRA
FRANCESCA COCUZZA
EMMA L. FREEMAN
ANDREW K. JONDAHL
SCOUT KATOVICH
NOEL R. LEÓN
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER

May 6, 2022

**By ECF**

The Honorable Gary L. Sharpe
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 411
Albany, NY 12207

      Re:    *United States of America v. New York State Board of Elections, et al.*
              10-cv-1214 (GLS)

Dear Judge Sharpe:

      Together with the Elias Law Group LLP, we represent New York voters, Belinda de Gaudemar and Susan Schoenfeld, who are seeking to intervene in this matter to oppose the request of the New York State Board of Elections for a supplemental order. Dkt. 92.

      We write to alert the Court to the fact that we expect to file our motion to intervene and opposition to the proposed supplemental order later today and request that the Court consider this application in advance of issuing any ruling on the Board's proposed order.

                                                  Respectfully submitted,

                                                  O. Andrew F. Wilson