# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEW YORK et al., <br><br> Defendants. | Case No. 1:10-cv-1214 (GLS/RFT) |

**[PROPOSED] ORDER GRANTING INTERVENTION**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Proposed Intervenors' motion to intervene as plaintiffs in the above-titled action is hereby GRANTED.

Date: _____

 _____
 Gary L. Sharpe
 United States District Judge