**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

May 10, 2022

**By ECF**

The Honorable Gary L. Sharpe
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 411
Albany, NY 12207

    Re:    *United States of America v. New York State Board of Elections, et al.*
            10-cv-1214 (GLS)

Dear Judge Sharpe:

    We represent proposed intervenors and New York voters, Belinda de Gaudemar and Susan Schoenfeld ("UOCAVA Plaintiffs"), together with the Elias Law Group LLP. We write to enclose another declaration in further opposition to the State Board of Elections (SBOE)'s May 5, 2022 Letter Motion Requesting a Supplemental Order (ECF No. 92).

| | |
|---|---|
| Dated: May 10, 2022 | Respectfully Submitted, |
| ELIAS LAW GROUP LLP | EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP |
| By: /s/ Aria C. Branch<br>    Aria C. Branch*<br>    Haley Costello Essig*<br>    Maya Sequeria*<br>    Christina A. Ford*<br>    Daniel Cohen*<br>    10 G St NE, Ste 600<br>    Washington, DC 20002<br>    Tel.: (202) 968-4490<br>    abranch@elias.law<br>    hessig@elias.law<br>    msequeria@elias.law<br>    cford@elias.law<br>    dcohen@elias.law | By: /s/ O. Andrew F. Wilson<br>    O. Andrew F. Wilson<br>    600 Fifth Avenue, 10th Floor<br>    New York, NY 10020<br>    Tel.: (212) 763-5000<br>    awilson@ecbawm.com |

Enclosure

*\*Pro hac vice applications to be submitted.*